IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                                 No.   13-cv-293-DRH-PMF

ESTATE OF OMA L. MANDRELL,
DECEASED, SHERRY MANDRELL
TAYLOR PORTER, PALISADES
COLLECTION LLC, HOBBS-JOHNSON
FUNERAL HOME, INC., JEFFREY
WARNER d/b/a WARNER CONSTRUCTION
COMPANY, UNKNOWN HEIRS AND/OR
LEGATEES OF THE ESTATE OMA L.
MANDRELL, DECEASED, UNKNOWN
OWNERS and NON-RECORD CLAIMANTS,

Defendants.

## ORDER FOR SERVICE BY PUBLICATION

This cause coming to be heard upon the motion of plaintiff, United States of America, for an order requiring the appearance of the defendants, Estate of Oma L. Mandrell, deceased, Unknown Heirs and/or Legatees of Oma L. Mandrell, deceased, Unknown Owners, and Non-Record Claimants, hereinafter called the defendants, and it appearing to the Court that this is a suit to enforce a legal or equitable lien upon or claim to real property within this district, and that the defendants cannot be found or served within the State of Illinois, and have not voluntarily appeared herein, and that personal service within the state upon such defendants is not practicable because their particular addresses are unknown to Plaintiff and cannot be found.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that the Defendants shall plead to the Complaint heretofore filed herein on or before July 1, 2013, and in default thereof, the Court will proceed with adjudication of this cause, in the same manner as if such absent Defendants had been served with process within the State of Illinois; and

**IT IS THEREFORE ORDERED** that notice of this Order be published in the Marion Daily Republican, a newspaper published in the City of Marion, Illinois, not less than once each week for six (6) consecutive weeks prior to the return date hereinbefore designated.

**IT IS SO ORDERED.**

Signed this 23rd day of April, 2013.

Digitally signed by David R. Herndon
Date: 2013.04.23 16:16:02 -05'00'

**Chief Judge**
**United States District Court**